Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Stupp Corporation et al<br><br>                              Plaintiff,<br><br>     v.<br><br>United States<br><br>                              Defendant. | Court No.  15-00334<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

__Michelle R. Avrutin_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

☑    I am an attorney/consultant representing or retained on behalf of _Welspun Tubular LLC_ _USA_____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]                              [Case or investigation no.]

OR

Form18-2

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]      [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Michelle R. Avrutin
[Attorney or consultant]

**Schagrin Associates**

900 7th St NW, Ste. 500, Washington, DC 20001

**202-223-1700**
[Address and Telephone Number]

Date:  2/12/2025

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 15-00334 | Stupp Corporation et al v. United States | Welspun Tubular LLC USA |
| 21-00527 | Habas Sinai ve Tibbi Gazlar Istihsal Endustrisi A.S. v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 21-00533 | Nippon Steel Corporation v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 21-00536 | Hyundai Steel Company v. United States | Steel Dynamics, Inc. and SSAB Enterprises LLC |
| 22-00029 | Hyundai Steel Company v. United States | SSAB Enterprises LLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-4

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 22-00047 | KG Dongbu Steel Co., Ltd. et al v. United States | Steel Dynamics, Inc. |
| 22-00349 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | Steel Dynamics, Inc. and SSAB Enterprises, LLC |
| 22-00350 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | Steel Dynamics, Inc. and SSAB Enterprises, LLC |
| 22-00351 | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | Steel Dynamics, Inc. and SSAB Enterprises, LLC |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-5

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00248 | Hoa Phat Steel Pipe Co., Ltd. v. United States | Atlas Tube Inc., Bull Moose Tube Company, Maruichi American Corporation, Searing Industries, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Vest Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-6

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00249 | Hoa Phat Steel Pipe Co., Ltd. v. United States | Atlas Tube Inc., Bull Moose Tube Company, Maruichi American Corporation, Searing Industries, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Vest Inc. |
| 23-00250 | Hoa Phat Steel Pipe Co., Ltd. v. United States | Atlas Tube Inc., Bull Moose Tube Company, Maruichi American Corporation, Searing Industries, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Vest Inc. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-7

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 23-00256 | SeAH Steel VINA Corporation v. United States | Bull Moose Tube Company, Maruichi American Corporation, The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Wheatland Tube Company |
| 23-0257 | SeAH Steel VINA Corporation v. United States | Bull Moose Tube Company, Maruichi American Corporation, The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Wheatland Tube Company |
| 23-00258 | SeAH Steel VINA Corporation v. United States | Bull Moose Tube Company, Maruichi American Corporation, The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC and Wheatland Tube Company |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)