**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NIPPON STEEL CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>NUCOR CORPORATION, et al.,<br><br>        Defendant-Intervenors. | Court No. 21-00533 |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Jennifer Choe-Groves.

Dated at New York, New York, this 7th day of July, 2025.

                                                      /s/ Mark A. Barnett
                                                    Mark A. Barnett
                                                    Chief Judge