IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

_____
)
NIPPON STEEL CORPORATION,                )
)
              Plaintiff,                )
)
      v.                )      Court No. 21-00533
)
UNITED STATES,                )
)
           Defendant,                )
)
NUCOR CORPORATION, STEEL                )
DYNAMICS, INC., SSAB                )
ENTERPRISES, LLC, AND STEEL                )
DYNAMICS, INC.                )
)
      Defendant-Intervenors.                )
_____)

## NOTICE OF SUBSTITUTION

      PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States

Court of International Trade, the undersigned, Blake W. Cowman, hereby enters an appearance as

the principal attorney of record for defendant, the United States, in place of Kyle S. Beckrich.

Mr. Beckrich should be terminated from the docket as counsel for the Government.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Blake W. Cowman
Blake W. Cowman
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 353-2494
Email: Blake.W.Cowman@usdoj.gov

November 17, 2025                          *Attorneys for Defendant United States*